AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT: New Jersey |
|---|---|
| UNITED STATES OF AMERICA v. WIESLAW JAN KOZLOWSKI | DOCKET NO. <br><br> MAGISTRATE CASE NO. 14-3225 |

The above named defendant was arrested upon the complaint of

charging a violation of  18 USC § 3184

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

DESCRIPTION OF CHARGES:

Fugitive From a Foreign Country in the United States

**BOND IS FIXED AT**
$  Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

November 5, 2014
Date

_____
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |