

**RZECZPOSPOLITA POLSKA**
**MINISTER SPRAWIEDLIWOŚCI**

Warszawa, dnia 8 kwietnia 2010 roku

PG V Oz 135/10/E

Pani
**Hillary Clinton**

Sekretarz Stanu
**Stanów Zjednoczonych Ameryki**

W oparciu o treść artykułu 1, artykułu 2 ustęp 1, 2 i artykułu 12 Umowy między Rzecząpospolitą Polską a Stanami Zjednoczonymi Ameryki o ekstradycji, sporządzonej w Waszyngtonie dnia 10 lipca 1996 roku oraz w oparciu o treść artykułu 5 ustęp 2 Umowy między Stanami Zjednoczonymi Ameryki a Unią Europejską o ekstradycji, sporządzonej w Waszyngtonie dnia 25 czerwca 2003 roku, uprzejmie przesyłam – wraz z tłumaczeniem na język angielski – wniosek Prokuratora Okręgowego w Suwałkach o numerze I Oz 26/10 z dnia 10 marca 2010 roku o tymczasowe aresztowanie i ekstradycję obywatela polskiego Wiesława Jana Kozłowskiego, podejrzanego o popełnienie przestępstw z artykułu 278 paragraf 1 kodeksu karnego, wraz z wymaganymi dokumentami.

Podzielając stanowisko wyrażone we wniosku proszę o jego pozytywne rozpatrzenie.

*Krzysztof Kwiatkowski*



# PROKURATURA OKRĘGOWA
## w Suwałkach

16-400 Suwałki, ul. Pułaskiego 26
tel./fax (0-87) 5677 888, centrala 5677 571

Suwałki,  /\/\/  marca 2010 roku

I Oz 26/10
Prokuratury Okręgowej
w Suwałkach

## WNIOSEK
### o tymczasowe aresztowanie i ekstradycję

Zwracam się z prośbą o tymczasowe aresztowanie i ekstradycję:

**Wiesława Jana Kozłowskiego**
syna Frydrycha i Haliny z domu Sztejter
urodzonego dnia 09 listopada 1966 roku w Rajgrodzie
ostatnio zamieszkałego w Augustowie, Osiedle Śródmieście 28/23

Materiał dowodowy zebrany w sprawie o sygnaturze akt V Ds. 37/96 prowadzonej przez Prokuraturę Okręgową w Suwałkach pozwolił na wydanie postanowienia o przedstawieniu zarzutów Wiesławowi Janowi Kozłowskiemu

o to, że:

I. w dniu 27 lipca 1995 roku, będąc funkcjonariuszem Policji na terenie Komendy Rejonowej w Augustowie podczas przyjmowania jako dowodów rzeczowych z samochodu marki STAR o numerze rejestracyjnym TYC 3541 ładunku zatrzymanych i zabezpieczonych do postępowania przygotowawczego papierosów pochodzących z przemytu, wspólnie i w porozumieniu z innymi ustalonymi osobami, zabrał w celu przywłaszczenia co najmniej 1000 kartonów po 10 paczek w każdym papierosów marki GOLDEN AMERICAN, HB i innych wartości co najmniej 28.000 złotych, a następnie pomógł wywieźć te papierosy z terenu Komendy Rejonowej w Augustowie i odsprzedać Janowi Haraburdzie za kwotę 10.000 złotych, czym działał na szkodę Skarbu Państwa,

**to jest o przestępstwo określone w artykule 278 paragraf 1 kodeksu karnego**

1

II. w dniu 3 września 1995 roku, będąc funkcjonariuszem Policji na terenie Komendy Rejonowej Policji w Augustowie podczas przyjmowania jako dowodów rzeczowych z samochodu marki STAR o numerze rejestracyjnym SWL 7916 ładunku zatrzymanych i zabezpieczonych do postępowania przygotowawczego papierosów pochodzących z przemytu, wspólnie i w porozumieniu z innymi ustalonymi osobami, zabrał w celu przywłaszczenia co najmniej 1000 kartonów po 10 paczek w każdym papierosów marki GOLDEN AMERICAN, MARLBORO i HB i innych wartości co najmniej 28.000 złotych, a następnie pomógł wywieźć te papierosy z terenu Komendy Rejonowej w Augustowie i odsprzedać Janowi Haraburdzie za kwotę około 20.000 złotych otrzymaną w markach niemieckich i złotówkach, czym działał na szkodę Skarbu Państwa,

**to jest o przestępstwo określone w artykule 278 paragraf 1 kodeksu karnego.**

W szczególności na sprawstwo podejrzanego w zakresie zarzucanych mu czynów wskazują następujące materiały:

**Numer 1**– protokół przesłuchania podejrzanego Wiesława Jana Kozłowskiego z dnia 16 grudnia 1995 roku i z dnia 18 grudnia 1995 roku W swoich wyjaśnieniach Wiesław Jan Kozłowski przyznał się do popełnienia zarzucanych mu czynów i podał, że w dniu 26 lipca 1995 roku o godzinie 15.00 wspólnie z Włodzimierzem Iwanowem rozpoczęli dyżur w Komendzie Rejonowej Policji w Augustowie. Od godziny 22.00 był to dyżur domowy. Jak wyjaśnił podejrzany, w nocy około godziny 2.00- z polecenia oficera dyżurnego- stawił się w Komendzie, celem dokonania oględzin samochodu ciężarowego marki Star, przewożącego papierosy pochodzące z przemytu. Pojazd ten zaparkowany był na placu manewrowym Komendy. Do przeprowadzenia opisanej wyżej czynności oprócz Wiesława Jana Kozłowskiego skierowani zostali również Włodzimierz Iwanow i Mirosław Kopeć. Papierosy z wyżej wymienionego pojazdu wskazani funkcjonariusze przenosili do garażu służbowego numer 8. W pewnym momencie w trakcie rozładunku pojazdu Włodzimierz Iwanow zaproponował, że można sprzedać część zabezpieczonych papierosów. Wiesław Jan Kozłowski i Mirosław Kopeć przystali na tę propozycję. Jak wynika z wyjaśnień podejrzanego, uzgodniono, że najpierw papierosy zostaną przeniesione do samochodu marki Polonez Wiesława Jana Kozłowskiego, a następnie Włodzimierz Iwanow wywiezie je z terenu Komendy i sprzeda paserowi. W sumie wyżej wymienieni załadowali do Poloneza około 1000 kartonów papierosów marki Golden American i HB. Część uzyskanych ze sprzedaży papierosów pieniędzy Włodzimierz Iwanow przekazał Wiesławowi Janowi Kozłowskiemu.

Ponadto Wiesław Jan Kozłowski podał, że w dniu 3 września 1995 roku wieczorem przebywał na terenie Komendy Rejonowej Policji w

Augustowie. W pewnym momencie zauważył, że przy garażu służbowym numer 9 stoi zaparkowany samochód ciężarowy marki Star. Wewnątrz garażu przebywali funkcjonariusze: Waldemar Lewkiewicz, Tadeusz Dzieniszewski, Zenon Szamatowicz, Leon Ciemny oraz kierowca pojazdu Adam Zedelo. W rozmowie z nimi Wiesław Jan Kozłowski dowiedział się, że w Starze znajdują się papierosy pochodzące z przemytu. W pewnym momencie pod garaż numer 9 podjechał swoim samochodem marki Volkswagen Jetta Włodzimierz Iwanow. Jak wyjaśnił podejrzany, w trakcie rozładunku Stara ktoś zaproponował, że można sprzedać część zabezpieczonych papierosów. Po odprowadzeniu Adama Zedelo do budynku Komendy, Wiesław Jan Kozłowski, Zenon Szamatowicz, Leon Ciemny i Tadeusz Dzieniszewski zaczęli przenosić papierosy z samochodu ciężarowego do Volkswagena Włodzimierza Iwanowa. W sumie wyżej wymienieni przenieśli około 700 kartonów papierosów marki Marlboro, Golden American i HB. Po załadowaniu pojazdu Włodzimierz Iwanow pojechał do pasera celem sprzedaży papierosów. Zrobił łącznie trzy kursy. Za każdym razem wiózł 5 lub 6 worków z papierosami. Po ostatnim kursie przywiózł pieniądze i wręczył wyżej wymienionym po 2000 marek niemieckich (karty od numeru 61 do 68).

**Numer 2** – protokół przesłuchania podejrzanego Włodzimierza Iwanowa z dnia 16 grudnia 1995 roku. Z wyjaśnień tego podejrzanego wynika, że w dniu 27 lipca 1995 roku oficer dyżurny Komendy Rejonowej Policji w Augustowie polecił mu stawić się w Komendzie, celem dokonania oględzin samochodu ciężarowego marki Star, przewożącego papierosy pochodzące z przemytu. Po przybyciu na teren Komendy, Włodzimierz Iwanow spotkał się z Wiesławem Janem Kozłowskim. W trakcie rozmowy ten ostatni zaproponował, że można sprzedać „na boku" część zatrzymanych papierosów. Wymienieni udali się w okolice garażu służbowego numer 8 lub 9, gdzie stał samochód marki Star z papierosami. Tam już czekał na nich Mirosław Kopeć. Samochód z papierosami zaparkowany był tyłem do garażu, a samochód marki Polonez Wiesława Jana Kozłowskiego stał przy nim. Papierosy z samochodu marki Star do wyżej wymienionego pojazdu przenosili wszyscy uczestnicy tego zdarzenia, w tym Wiesław Jan Kozłowski. Łącznie wyżej wymienieni przenieśli 5 worków papierosów. Po załadowaniu Poloneza Włodzimierz Iwanow pojechał do pasera Jana Haraburdy, celem sprzedaży papierosów. W sumie wykonał dwa kursy. Pieniądze uzyskane ze sprzedaży papierosów podzielił między wyżej wymienionych.

Ponadto Włodzimierz Iwanow wyjaśnił, że w dniu 3 września 1995 roku do jego mieszkania przyszedł Wiesław Jan Kozłowski i poinformował, że Zenon Szamatowicz i Leon Ciemny zatrzymali samochód ciężarowy przewożący papierosy pochodzące z przemytu. Według wyjaśnień podejrzanego, Wiesław Jan Kozłowski miał wówczas oświadczyć, że uzgodnił z Zenonem Szamatowiczem, iż część z tych papierosów można „sprzedać na lewo". Po przybyciu na teren Komendy Policji w Augustowie Włodzimierz Iwanow spotkał się z Zenonem Szamatowiczem, Leonem Ciemnym i Wiesławem Janem

Kozłowskim. Wyżej wymienieni uzgodnili wspólnie, że wywiozą zabezpieczone papierosy z terenu Komendy i sprzedadzą paserowi Janowi Haraburdzie. Po tej rozmowie wyżej wymienieni zaczęli przeładowywać papierosy z samochodu marki Star do samochodu prywatnego Włodzimierza Iwanowa. Po załadunku pojazdu Włodzimierz Iwanow pojechał do pasera, celem sprzedaży papierosów. Łącznie zrobił dwa kursy. Pieniądze uzyskane ze sprzedaży papierosów Włodzimierz Iwanow podzielił między wspólników (karty od numeru 44 do 47).

**Numer 3**– protokół przesłuchania podejrzanego Tadeusza Dzieniszewskiego z dnia 16 grudnia 1995 roku i z dnia 18 grudnia 1995 roku. Z wyjaśnień tego podejrzanego wynika, że na początku września 1995 roku (dokładnej daty nie pamięta) oficer dyżurny Komendy Rejonowej Policji w Augustowie polecił mu oraz Waldemarowi Lewkiewiczowi dokonanie oględzin samochodu ciężarowego marki Star, przewożącego papierosy pochodzące z przemytu. Pojazd ten znajdował się na terenie Komendy. W oględzinach pojazdu uczestniczyli również funkcjonariusze Leon Ciemny i Zenon Szamatowicz. Jak podał podejrzany, w pewnym momencie w trakcie rozładunku Stara w magazynie służbowym pojawili się Wiesław Jan Kozłowski i Włodzimierz Iwanow. Wiesław Jan Kozłowski zaproponował, aby część papierosów wywieźć z Komendy i sprzedać paserowi. Pomysł Wiesława Jana Kozłowskiego zyskał aprobatę pozostałych funkcjonariuszy, w związku z czym Włodzimierz Iwanow podjechał swoim samochodem marki Volkswagen Jetta pod magazyn i przystąpiono do załadunku pojazdu. Papierosy przenosili między innymi Wiesław Jan Kozłowski i Włodzimierz Iwanow. Waldemar Lewkiewicz w tym czasie udał się do budynku Komendy. Po załadunku pojazdu Włodzimierz Iwanow dwukrotnie jeździł do pasera celem sprzedaży papierosów (karty od numeru 17 do 21).

**Numer 4**– protokół przesłuchania podejrzanego Leona Ciemnego z dnia 18 grudnia 1995 roku. Z wyjaśnień tego podejrzanego wynika, że w dniu 3 września 1995 roku w godzinach popołudniowych przebywał on na terenie Komendy Rejonowej Policji w Augustowie. Tam w trakcie rozmowy z Wiesławem Janem Kozłowskim, Włodzimierzem Iwanowem, Waldemarem Lewkiewiczem, Tadeuszem Dzieniszewskim i Zenonem Szamatowiczem padła propozycja, aby sprzedać „na lewo" część papierosów pochodzących z przemytu, znajdujących się w zatrzymanym pojeździ marki Star. Jak podał podejrzany, papierosy z terenu Komendy wywoził Włodzimierz Iwanow samochodem marki Volkswagen Jetta (karty od numeru 98 do 99).

*Zarzucone Wiesławowi Janowi Kozłowskiemu przestępstwa zagrożone są karą pozbawienia wolności od 3 miesięcy do lat 5.*

Termin przedawnienia przestępstw zarzuconych Wiesławowi Janowi Kozłowskiemu przewidziany jest:

- za czyn opisany w punkcie I postanowienia o zmianie postanowienia o przedstawieniu zarzutów z dnia 26 sierpnia 2003 roku na **27 lipca 2015 roku,**

- za czyn opisany w punkcie II postanowienia o zmianie postanowienia o przedstawieniu zarzutów z dnia 26 sierpnia 2003 roku na **3 września 2015 roku.**

Przedmiotowe śledztwo do tej pory nie zostało zakończone, gdyż nie wykonano wszystkich czynności procesowych z udziałem podejrzanego Wiesława Jana Kozłowskiego, który przed organami ścigania ukrywa się od 1996 roku.

Od dnia 05 marca 1996 roku Wiesław Jan Kozłowski był poszukiwany listem gończym w sprawie przedmiotowej kradzieży.

Czynności poszukiwawcze w tej sprawie nie przyniosły pozytywnych efektów.

W toku czynności poszukiwawczych prowadzonych za Wiesławem Janem Kozłowskim ustalono, że podejrzany nie przebywa w miejscu swego stałego zamieszkania, jak również nie ujawniono innego jego miejsca pobytu w kraju.

W oparciu o dokonane w przedmiotowej sprawie ustalenia na wniosek Prokuratury Okręgowej w Suwałkach, Sąd Rejonowy w Suwałkach postanowieniem z dnia 12 marca 2004 roku (sygnatura akt II Kp 112/04) zastosował wobec Wiesława Jana Kozłowskiego środek zapobiegawczy w postaci tymczasowego aresztowania. Następnie za wyżej wymienionym rozesłano list gończy oraz wdrożono jego międzynarodowe poszukiwania.

Tymczasowe aresztowanie podejrzanego i poszukiwanie go listem gończym zgodnie z treścią artykułów 258 i 279 kodeksu postępowania karnego może nastąpić między innymi jeżeli ukrywa się on lub nie ma stałego pobytu w Polsce.
Obie te okoliczności zaistniały w przypadku podejrzanego Wiesława Jana Kozłowskiego.

Dotychczas prowadzone poszukiwania Wiesława Jana Kozłowskiego zarówno krajowe, jak i międzynarodowe były nieskuteczne.

Jednakże z informacji Konsulatu Generalnego Rzeczypospolitej Polskiej w Nowym Jorku z dnia 31 października 2005 roku wynika, że

5

podejrzany Wiesław Jan Kozłowski przebywa w tym mieście pod adresem: 154 Palisade Avenue Apt 1 A Garfield. NJ 07026.

Jednocześnie nadmieniam, iż wyżej wymieniony nie był dotychczas daktyloskopowany na terytorium Rzeczypospolitej Polskiej.

W związku z przedstawionymi powyżej okolicznościami wnoszę o tymczasowe aresztowanie i ekstradycję podejrzanego.

Jednocześnie oświadczam, że treść niniejszego wniosku jest zgodna ze zgromadzonym w sprawie materiałem dowodowym.

Ponadto zapewniam, że Wiesław Jan Kozłowski nie zostanie pociągnięty bez zgody odnośnych władz Stanów Zjednoczonych Ameryki Północnej do odpowiedzialności karnej za przestępstwa nie objęte niniejszym wnioskiem, jak również nie zostanie wydany władzom innego państwa.

**Do wniosku dołączam następujące dokumenty:**

1) odpis postanowienia Sądu Rejonowego w Suwałkach z dnia 12 marca 2004 roku o tymczasowym aresztowaniu,

2) odpis postanowienia Prokuratury Okręgowej w Suwałkach z dnia 23 marca 2004 roku o poszukiwaniu podejrzanego listem gończym oraz listu gończego,

3) kopie fotografii podejrzanego,

4) wyciąg z przepisów kodeksu karnego.

DB/il

PROKURATOR OKRĘGOWY

HANNA LEWCZUK

Case 2:14-mj-03225-JBC Document 17-1 Filed 11/25/14 Page 8 of 10 PageID: 214

Case 2:14-mj-03225-JBC Document 17-1 Filed 11/05/14 Page 8 of 41 PageID: 20



Ministerstwo Spraw Zagranicznych stwierdza zgodność niniejszego dokumentu z prawem obowiązującym w Polsce
Opłatę skarbową pobrano.

Warszawa 29 KWI 2010

Krzysztof Augustyniak
St. radca

Nie podlega opłacie skarbowej
(Ustawa z 16.11.2006 r. o opłacie skarbowej
Dz. U. Nr 225, poz. 1635, art. 2 ust. 1, pkt 1)

V Ds.37/96/S

# POSTANOWIENIE

## o zmianie postanowienia o przedstawieniu zarzutów

Suwałki, dnia 26 sierpnia 2003 roku

JÓZEF MURAWKO - Prokurator Prokuratury Okręgowej w Suwałkach uwzględniając dane zebrane w sprawie przeciwko **WIESŁAWOWI JANOWI KOZŁOWSKIEMU**

na podstawie artykułu 313 paragraf 1 i 2 kodeksu postępowania karnego, artykułów 314 kodeksu postępowania karnego, 325a kodeksu postępowania karnego

### postanowił:

- zmienić postanowienie o przedstawieniu zarzutów **WIESŁAWOWI JANOWI KOZŁOWSKIEMU** wydane w dniu 16 grudnia 1995 roku, uzupełnione postanowieniem wydanym w dniu 18 grudnia 1995 roku i przedstawić temu podejrzanemu zarzuty, że:

I. W dniu 27 lipca 1995 roku będąc funkcjonariuszem policji na terenie Komendy Rejonowej Policji w Augustowie w czasie przyjmowania jako dowodów rzeczowych z samochodu marki STAR o numerze rejestracyjnym TYC 3541 ładunku zatrzymanych i zabezpieczonych do postępowania przygotowawczego papierosów pochodzących z przemytu, wspólnie i w porozumieniu z innymi osobami, w celu osiągnięcia korzyści majątkowej zabrał w celu przywłaszczenia co najmniej 1000 kartonów po 10 paczek w każdym papierosów marki „Golden American", „HB" i innych wartości co najmniej 28.000,00 złotych, a następnie pomógł wywieźć te papierosy z terenu Komendy Rejonowej Policji w Augustowie i odsprzedać Janowi Haraburda za kwotę około 10.000,00 złotych, czym działał na szkodę Skarbu Państwa

**to jest o przestępstwo określone w artykule 278 paragraf 1 kodeksu karnego**



*Za zgodność
z oryginałem
świadczę*

Prokurator Prokuratury Okręgowej
w Suwałkach

Cezary I. Grabała

II. W dniu 3 września 1995 roku będąc funkcjonariuszem policji na terenie Komendy Rejonowej Policji w Augustowie w czasie przyjmowania jako dowodów rzeczowych z samochodu marki STAR o numerze rejestracyjnym SWL 7916 ładunku zatrzymanych i zabezpieczonych do postępowania przygotowawczego papierosów pochodzących z przemytu, wspólnie i w porozumieniu z innymi osobami, w celu osiągnięcia korzyści majątkowej zabrał w celu przywłaszczenia co najmniej 1000 kartonów po 10 paczek w każdym papierosów marki „Golden American", „Marlboro", „HB" i innych wartości co najmniej 28.000,00 złotych, a następnie pomógł wywieźć te papierosy z terenu Komendy Rejonowej Policji w Augustowie i odsprzedać Janowi Haraburda za kwotę ok. 20.000,00 zł otrzymaną w markach niemieckich i złotówkach, czym działał na szkodę Skarbu Państwa,

**to jest o przestępstwo określone w artykule 278 paragraf 1 kodeksu karnego**

Pieczęć podłużna o treści:

NACZELNIK
WYDZIAŁU ŚLEDCZEGO
PROKURATURY OKRĘGOWEJ W SUWAŁKACH
Józef Murawko
/-/ podpis nieczytelny

*Za zgodność
z oryginałem
świadczę*

Prokurator Prokuratury Okręgowej
w Suwałkach

*Cezary T. Grabala*