# ILASZ & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW

1 Maiden Lane, 9th Fl., New York NY 10038
Tel. (212) 480-2222, Fax (212) 480-2958
E-mail: ILASMOLAN@AOL.COM

OF COUNSEL:
NEAL WIESNER
PAWEL PIECHOWSKI

1035 Rt. 46 East, Ste 105 Clifton NJ 07013
Tel. (973) 773-9060

Ul. Chlodna 51, Lok. 36/19
00-867 Warszawa
Poland
+48 22 223 0528

December 3, 2014

Hon. James B. Clark, III
United States Magistrate Judge
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

By Fax & First Class Mail

Re: In the Matter of the Extradition of Wieslaw Kozlowski, Mag. No. 14-3225 (JBC)

Dear Judge Clark,

As you know, I represent Wieslaw Kozlowski with respect to the above-referenced matter. As you also may recall, because of a lack of clarity, largely influenced by events in Poland, regarding what position may be most properly expressive of my client's fair best interests, you suggested you would be amenable to considering a rescheduling of the current date - December 5, 2014 - for my client to respond to the Government's extradition filing.

It remains uncertain whether a withdrawal of Poland's request or some other resolution helpful to my client may be accomplished, and it continues to be unclear whether I may have to travel to Poland in furtherance of my client's legitimate interests. Because of this, I am respectfully requesting a forty-five day extension of time to respond to the Government's filing. Because my client is in custody I believe there is no prejudice to the Government by this request.

Thank you for your courtesies and kind consideration.

Respectfully,

Hon. James B. Clark, III
December 3, 2014
Page Two

cc:   (<u>By Fax & First Class Mail</u>)
      Justin S. Herring, Esq.
      Assistant United States Attorney
      U.S. Attorney's Office, District of New Jersey
      970 Broad Street
      Newark, New Jersey 07102