UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WIESLAW KOZLOWSKI | : Hon. James B. Clark III<br>:<br>: No. 14-3225 (JBC)<br>:<br>: **DISMISSAL ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Justin S. Herring, Assistant United States Attorney, appearing), to Dismiss the Request for Extradition of Wieslaw Kozlowski:

IT IS, therefore, on this _22nd_ day of December 2014,

ORDERED, that his matter shall be DISMISSED.

_____
Hon. James B. Clark III
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WIESLAW KOZLOWSKI | : Mag. No. 14-3225<br>:<br>: Hon. James B. Clark, III<br>:<br>: Motion to Dismiss |

The United States, on behalf of the Republic of Poland, hereby files this motion requesting dismissal of the Extradition Request for Wieslaw Kozlowski. The United States Attorney's Office was notified today that the Republic of Poland has withdrawn its request for the extradition of Wieslaw Kozlowski pending resolution of this matter in Poland. Accordingly, the government respectfully requests dismissal of this Extradition Request.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

/s/ Justin S. Herring
By: JUSTIN S. HERRING
Assistant U.S. Attorney

Dated:   December 22, 2014